No. 24. GUERLAIN, INC., v. UNITED STATES;

No. 30. PARFUMS CORDAY, INC., v. UNITED STATES; and

No. 31. LANVIN PARFUMS, INC., v. UNITED STATES. Appeals from the United States District Court for the Southern District of New York. (Probable jurisdiction noted, 355 U. S. 937, 951.) The motion to vacate the judgments is granted. The judgments are vacated and the cases remanded to the District Court to enable it to consider a motion to dismiss to be filed by the United States. *Chauncey B. Garver* and *Charles C. Parlin, Jr.* for appellant in No. 24. *Samuel I. Rosenman, Seymour D. Lewis* and *Joseph L. Hochman* for appellant in No. 30. *Simon H. Rifkind* and *Walter J. Derenberg* for appellant in No. 31. *Solicitor General Rankin* and *Ralph S. Spritzer* for the United States, movant-appellee. *Gustave B. Garfield* filed a brief for Rothman, as *amicus curiae.* Reported below: 155 F. Supp. 77.

No. 175. RALEY ET AL. v. OHIO. Appeal from the Supreme Court of Ohio. (Consideration of question of jurisdiction postponed to hearing on the merits, *ante,* p. 862.) The motion to strike portions of the designation of record is denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion. *Morse Johnson* and *Louis C. Capelle* for appellants. *C. Watson Hover* and *Carl B. Rubin* for movant-appellee.

No. 479. GRAND TRUNK WESTERN RAILROAD CO. v. JAMES, ADMINISTRATOR. Motion to amend petition for writ of certiorari as to question 1 presented by the motion granted. Petition for writ of certiorari to the Supreme Court of Illinois denied. *George B. Christensen* for petitioner. *James A. Dooley* for respondent.